IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| YRI Properties, LLC, | * | Case No. 3:18-cv-00397-JGC |
| Plaintiff, | * | (Hon. James G. Carr) |
| vs. | * | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| Boenning & Scattergood, Inc. | * | |
| Defendant. | * | |

Pursuant to Fed.R.Civ.P. 41(a)(2), this action, having been compromised to the satisfaction of the parties, be, and hereby is, dismissed with prejudice to another action.  Parties to bear their own costs.

**IT IS SO ORDERED.**

_____
Hon. James G. Carr

**STIPULATED AND AGREED TO:**

/s/ Mark W. Sandretto
John M. Carey (0006248)
Mark W. Sandretto (0079536)
EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P. O. Box 10032
Toledo, Ohio 43699-0032

Thomas P. Kemp (004878)
EASTMAN & SMITH LTD.
510 S. Main Street
Findlay, Ohio 45840

Attorneys for Plaintiff

/s/ Michael J. Joyce (consent on 04/22/2018)
John F. Stoviak (*pro hac vice*)
Michael J. Joyce (*pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
One PPG Place, 30th Floor
Pittsburgh, Pennsylvania 15222

Denise S. Hasbrook (0004798)
ROETZEL & ANDRESS, LPA
One SeaGate, Suite 1700
Toledo, Ohio 43604

Ronald S. Kopp (0004950)
Jessica A. Lopez (0090508)
ROETZEL & ANDRESS, LPA
222 S. Main Street
Akron, Ohio 44308

Attorneys for Defendant

4407497 .1